# EXHIBIT 2



Rail Talk | News & Media | Retirees | Suppliers | Contact Us | Login / Register

SHIP WITH BNSF | IN THE COMMUNITY | ABOUT BNSF | WORK AT BNSF



## About BNSF

We are a critical link that connects consumers with the global marketplace. For 170 years, we have played a vital role in building and sustaining this nation's economy.

Accessible, productive, growing.

THIS IS BNSF.

BNSF FACTS

## 2021 BNSF Annual Review

LEARN MORE





## Our Executive Team

View profiles on our executive team.

LEARN MORE

## Our Vision and Values

Our vision is to realize BNSF's tremendous potential by providing transportation services that consistently meet our customers' expectations.

LEARN MORE





## Our Railroad

Today's BNSF Railway is the product of nearly 400 different railroad lines that merged or were acquired over the course of 170 years.

**LEARN MORE**

## Virtual Train Tour

Learn more about our trains, how we operate them, and the variety of railcars we haul, in the informative BNSF Virtual Train Tour.

**LEARN MORE**





## Frequently Asked Questions

Sometimes all you need to do is ask a quick question. Take a look here to see if your question is already answered. If not, then we'll let you know how you can get your question answered.

**LEARN MORE**

## Financial Information

In these pages you will find a range of financial information including quarterly filings submitted to the U.S. Securities and Exchange Commission, weekly carload reports, quarterly performance summaries, and presentations delivered to investors.

**LEARN MORE**



## Contact Us

Our Contact Us form will help get your question to the right people.

**LEARN MORE**



## Awards and Honors

At BNSF, we are proud and honored to receive recognitions from various organizations. Please have a look here to see what other groups are saying about BNSF Railway.

**LEARN MORE**

↑ BACK TO TOP





Rail Talk ⌄   News & Media ⌄   Retirees ⌄   Suppliers ⌄   Contact Us   Login / Register

SHIP WITH BNSF ⌄   IN THE COMMUNITY ⌄   ABOUT BNSF ⌄   WORK AT BNSF



# Our Railroad

Today's BNSF Railway is the product of nearly 400 different railroad lines that merged or were acquired over the course of 170 years.

While many different railroads combined to form BNSF, the people who worked at those railroads shared many traits. The people who built BNSF were — and continue to be — a unique breed, blending the forward-thinking of dreamers with the pragmatism of results-oriented business leaders. This heritage played a central role in settling and growing the American West, and today, BNSF continues to have a significant impact in meeting the needs of shippers and serving the economy.



# Company History

For more historical background, visit the BNSF Historical Overview or view as a PDF. Additional resources are also given below.

**Recommended Reading**

**Historical Societies and Museums**

# Family History

We receive numerous inquiries about individuals who may have been a part of our lineage of railroads through the years.

The fact is, despite the advanced technology at our command today, it is impossible to create a database that could begin to keep track of the generations of people who have been a part of what now is BNSF.

**Historical Societies and Museums**

↑ BACK TO TOP



https://www.bnsf.com/about-bnsf/our-railroad/index.page        October 18, 2022



# HISTORY and LEGACY

*The History of BNSF: A Legacy for the 21st Century*

# The History of BNSF

*A legacy for the 21st century*

Few companies can claim that they've been around for a century, much less 160-plus years. And not many have had the impact on the growth of a nation that BNSF Railway and its predecessors had.

Celebrating our heritage and building on our success is one of BNSF's shared values. We are confident in our future because of the tremendous challenges we've overcome and the achievements we've made over the years. The 390 railroads that today comprise BNSF have established a great legacy for our company, which became part of the Berkshire Hathaway family in 2010.

While many different railroads combined to form BNSF, the people who worked at those railroads shared many traits. We were — and continue to be — a unique breed, blending visionary thinking with the pragmatism of results-oriented business leaders.

Aligned with our ideals of the past, our Vision today is to realize the tremendous potential of BNSF Railway by providing transportation services that consistently meet our customers' expectations.

This brochure chronicles our history and the accomplishments of BNSF's predecessor railways that started it all. We hope you enjoy it!



## CONTENTS

| | |
|---|---|
| Celebrating Our Heritage, Shaping Our Future | 2 |
| Chicago, Burlington & Quincy Railroad: 1849-1970 | 8 |
| St. Louis-San Francisco Railway: 1849-1980 | 14 |
| Great Northern Railway: 1857-1970 | 18 |
| Atchison, Topeka & Santa Fe Railway: 1859-1995 | 24 |
| Northern Pacific Railway: 1864-1970 | 30 |
| Fort Worth & Denver / Colorado and Southern: 1873-1970 & 1881-1970 | 36 |
| Spokane, Portland and Seattle Railway: 1905-1970 | 40 |
| Genealogy of BNSF Railway Company | 45 |

Go to gettag.mobi on your mobile device's application store to download the free Microsoft® Tag application. Scan this tag to visit www.bnsf.com/history, an online version of this publication.



BNSF System Map

# HISTORY

## BNSF Railway: A Brief History

**1849**
First BNSF predecessor, the Aurora Branch Line, founded

**1859**
Atchison, Topeka & Santa Fe Railway founded

**1970**
Burlington Northern Railroad (BN) created through the merger of the Chicago, Burlington & Quincy; the Great Northern; the Northern Pacific; the Spokane, Portland and Seattle; and the Pacific Coast Railroad

**1980**
The Frisco added to the BN

**1995**
BN and Santa Fe merge to create Burlington Northern and Santa Fe Railway, the largest rail network in North America at the time

**2005**
The company introduces a new name — BNSF Railway — and look

**2010**
BNSF joins the Berkshire Hathaway family

*From its humble beginnings, BNSF Railway has served its customers, communities, owners and the nation's economy for more than a century and a half.*

*The Network Operations Center gives BNSF dispatchers the ability to "see" and manage train operations across the network, 24 hours a day.*

In 2005, the company took a bold step, introducing a new name and look that better expressed the railroad's image as a vibrant and innovative transportation leader. The new name — BNSF Railway — was streamlined and simplified. The new logo, which brands all of the locomotives, equipment and materials, better reflected the railway BNSF had become in the decade after the merger: progressive, vital, approachable and resourceful. The railroad continued to grow, handling more than 10 million units in 2006.

In late 2009, BNSF was again in the spotlight when Warren Buffett made an "all-in-wager on the economic future of the United States" and announced the offer to acquire BNSF. On Feb. 12, 2010, the latest chapter in BNSF's history began as BNSF joined the Berkshire Hathaway family.

Yes, BNSF has come a long way since the Aurora Branch was organized on Feb. 12, 1849, using borrowed equipment and operating on rail laid with secondhand iron. From these humble beginnings, BNSF has served its customers, communities, owners and the nation's economy for more than a century and a half. Much of its growth can be traced to the pioneers who challenged the boundaries — whether they were economic, environmental or technological. Today, BNSF's community of more than 40,000 employees is carrying forward the entrepreneurial spirit of its forefathers as we push into the 21st century.

*Berkshire Hathaway CEO Warren Buffet with BNSF Chairman and CEO Matt Rose in December 2009, shortly after the BNSF acquisition was announced.*

7

# NORTHERN PACIFIC RAILWAY

## 1864-1970



### NP's Monad Represents Good Luck

The two comma-shaped figures that form the Northern Pacific's famed Monad are more than a symbol – they represent an ancient world view and tradition. At the Chicago World's Fair of 1893, E.H. McHenry, NP's chief engineer, visited the Korean exhibit and was impressed by its flag featuring the Monad design. He adopted the symbol for NP and began a search to learn of its origin, which dates to ancient China. The design incorporates two basic principles – the yang and the yin – represented by opposing halves of the symbol. Their meanings were light for yang and shadow for yin, or the active and the passive. Over the years, they have had many different interpretations and, to some, the Monad has come to represent "good luck."



10/18/2022

Etched indelibly in the history of the Northern Pacific — the first of the northern transcontinentals — are the names of visionaries who, long before the railroad was built, recognized the vital need for a rail line spanning the continent from Lake Superior to the Pacific.

Dr. Samuel Bancroft Barlow of Massachusetts championed a northern line as early as 1834. Eleven years later, Asa Whitney conducted explorations nearly 1,500 miles up the Missouri River, returning to urge Congress to charter and authorize construction of a railroad along the northern route.

Edwin F. Johnson, an eminent engineer, made intensive studies in the early 1850s and published a widely circulated book advocating a northern transcontinental line. In 1853, after considerable debate over competing routes, the U.S. Congress voted an appropriation for five separate surveys.

Commissioned to survey the northernmost route was Isaac I. Stevens, an experienced Army officer and first governor of Washington Territory. His comprehensive, two-volume report showed the route to be a very favorable one, rich in natural resources and potentially of great economic importance to the growing nation.

Finally, there was Josiah Perham of Massachusetts, who made intensive efforts to persuade Congress to authorize construction of the Northern Pacific and later became the company's first president.

### Act Creating NP Signed by Lincoln

The vision and persistent labors of these men bore fruit on July 2, 1864, when President Abraham Lincoln signed an Act of Congress creating the Northern Pacific Railroad Company (NP). It would have its eastern terminus at Lake Superior and its western terminus at Puget Sound. Much of its route would follow the trail blazed by Lewis and Clark on their landmark expedition across the uncharted West in 1804-06.

The Act provided for a right-of-way through public lands 200 feet on either side of the tracks, as well as ground for station buildings and other railroad facilities. Also provided were grants of land that could be sold by the company to finance construction through the largely unsettled and unproductive territory.

But the land was of little or no value without the railroad, nor did it serve as a stimulus to the selling of stock as had been hoped. Additionally, the Act specifically prohibited the company from issuing bonds or imposing mortgages on its property. As a result, the pioneer incorporators, with all of their enthusiasm and energy, faced almost insurmountable obstacles in progressing the ambitious project.

The impasse wasn't resolved until 1870, when Congress authorized the Northern Pacific to issue bonds to aid in construction and to secure the bonds by a mortgage on all of its property and rights of property, including its franchise as a corporation. Bonds were issued and the banking house of Jay Cooke and Company was appointed to sell the bonds and handle the company's finances.

### Construction Begins in Minnesota

A formal groundbreaking ceremony on Feb. 15, 1870, near the present town of Carlton, Minn., a few miles west of Duluth, Minn., marked the start of the Minnesota Division of the Northern Pacific Railroad Company. Actual construction began in July, with adequate financing assured.

*Northern Pacific's first locomotive was the little balloon-stacked Minnetonka. Built in Pittsburgh by Smith & Porter at a cost of $6,600, the 12-ton, 27 1/2-foot engine was delivered to NP in 1870 and saw front-line duty with construction forces in both Minnesota and Washington. Subsequently sold to a logging company, it was discovered in retirement by NP and completely refurbished for exhibit at the New York and Chicago World's Fairs in the 1930s.*



*President Abraham Lincoln*

The first stirrings of activity on the west end of the projected transcontinental line came at about the same time, the initial goal being to link Portland, Ore., and Tacoma, Wash. Completion of the segment between Kalama, Wash., on the north bank of the Columbia River, and Tacoma came in 1873. Much of the material and equipment for this first standard-gauge railroad in Washington Territory was shipped around Cape Horn from the Atlantic seaboard.

That same year tracks from the East reached Bismarck and the Missouri River in Dakota Territory. A year earlier the fledgling company had leased the Lake Superior & Mississippi River Railroad, giving it a line between Duluth and St. Paul.

At this juncture, construction ground to an almost complete halt as the Panic of 1873 brought failure to Jay Cooke and Company and bankruptcy to the railroad. Five years would pass before new financing could be obtained and progress resumed.

Reorganization and refinancing under the presidency of Frederick Billings breathed new life into the company, and in 1879 the westward march began anew. Tracks reached the eastern boundary of Montana Territory in 1881, and by July 5 that year the railroad added Glendive, Mont., to its route.

Construction up the Yellowstone Valley from Glendive proceeded rapidly during 1882, with the season's work ending at Livingston, Mont., in November. During this period the company was faced with acute shortages of both labor and material. The first was resolved by bringing over from China 15,000 of the required 25,000 laborers. The second, caused by a domestic steel shortage, was surmounted by importing rails, plates and spikes from France and England.



Ferries carried NP trains across the Missouri River before completion of Bismarck Bridge in 1882. During the winters of 1879-82, passage over the frozen river was on track laid across the ice.

Meanwhile, taking advantage of trackage completed by the Oregon Railway and Navigation Company between Portland and Wallula, in southeastern Washington, the NP rapidly pushed its eastward construction from that point. By the spring of 1883, only 300 miles remained between the two railheads.

Delayed construction of the Pacific Coast line was resumed in 1883, with a September completion of the remaining segment between Goble, on the south bank of the Columbia River, and Portland. A large car ferry bridged the river between Kalama and Goble. Operations on an extension to Seattle began in July 1884.

Under the dynamic leadership of Henry Villard, who became president of the Northern Pacific in 1881, the lines from the East and West were finally joined.

Villard had emigrated from Germany in 1853 at the age of 18, studied law and subsequently became a distinguished journalist. He reported the Lincoln-Douglas debates and the Chicago convention where Lincoln was nominated for president. In Washington, he covered the political front for a syndicate of newspapers and as a war correspondent he chronicled important engagements of the Civil War.

Villard's entry in the transportation field came on a visit to Germany, where a group of European financiers persuaded him to represent them in protecting their investments in American railroads. He not only served his clients well, but soon organized his own company, which eventually led to control of the Northern Pacific.

Completion of the first of the northern transcontinentals was the signal for a lavish celebration at Gold Creek, Montana Territory, where tracks from the East and the West were joined on Sept. 8, 1883.

Arriving by special train were distinguished guests from the United States, Germany, England and the Scandinavian countries. Witnessing the ceremony were cabinet officials, 10 U.S. senators and three former senators, 20 congressmen and four former congressmen, nine governors of states and four ex-governors, 25 of the nation's top railroad executives, judges, mayors and 50 journalists.

After the oratory, 300 men quickly laid the rail and drove the spikes on the last thousand feet of track. The ceremonial "last spike" — not gold — was driven by former President Ulysses S. Grant and Villard. It was the same spike used 13 years earlier to mark the beginning of construction near Carleton, Minn.

The joining of the rails at Gold Creek marked the first through-route from Lake Superior to the Pacific Coast, but not the end of construction. It was still necessary for Northern Pacific trains to run over the rails of the Oregon Railway and Navigation Company from Wallula to Portland. To comply with its charter requirements, the NP had to build a line from Wallula to Tacoma.

Crossing the rugged and heavily forested Cascade Mountains took from 1883 to 1887 and was fraught with engineering and construction problems. The pioneer line ascended the steep mountain grades on switchbacks until completion of the 1.8-mile Stampede Tunnel in 1888.

## Rapid Growth Follows NP Completion

Less than seven years after Gold Creek, and within three years of the Cascade line completion, the entire tier of northwest territories had sufficient population to join the Union. North Dakota entered on Nov. 2, 1889; South Dakota, which derived much of its population through immigration over the Northern Pacific, came in the same day. Six days later, on Nov. 8, Montana achieved statehood, followed by Washington on Nov. 11. Idaho joined the ranks on July 3, 1890.

The growth and ultimate admission of these states into the Union tell a graphic story of the part played by Northern Pacific in the settlement and development of the Northwest.



33  *Northern Pacific locomotive No. 2684. The NP played an integral part in the settlement and development of the Northwest.*

Shortly afterward, the NP and GN joined again in constructing the Spokane, Portland and Seattle Railway. Begun in 1905 and completed in 1908, its almost 1,000 miles of main line served productive areas of Washington and Oregon.

## NP Transport Subsidiary Formed

In 1932, Northern Pacific formed a wholly owned subsidiary, the Northern Pacific Transport Company (NPT), to provide highway freight and passenger service as a motor common carrier and to supplement its rail service. NPT was authorized to operate in the states of Washington, Montana, Idaho, Wyoming, North Dakota and Minnesota.

During World War II and the following decade, Northern Pacific carried out a major rehabilitation program, reballasting and laying heavier rail on 2,000 miles of lines. More than 300 main line curves were eliminated or reduced, bridges and tunnels replaced, and new shops and freight houses built.

As part of its continuing effort to streamline operations and expedite the movement of traffic, NP introduced train radio, continuous welded rail, centralized traffic control and many other technological innovations. The replacement of its steam fleet with efficient diesel-electric locomotives was begun in 1938 and completed in 1958.

At Pasco, Wash., the company constructed the first modern electronic freight classification yard in the Pacific Northwest. Completed in 1955, it provided more expeditious handling of the increased traffic from the vast Columbia Basin agricultural empire.

NP installed its first computer in 1957, heralding a new era of efficiency in operations and management. The vital need for a speedy, dependable system to handle the increasing amount of transmitted computer data, as well as telephone communications, prompted the company to begin construction of a microwave system linking St. Paul, Seattle and Portland.

The installation between Seattle and Portland was completed in 1964. Five years later, the last microwave tower between Seattle and St. Paul was erected, completing the system and ending NP's dependence on wire transmission, which was vulnerable to winds, storms, snow and sleet.

On March 2, 1970, Northern Pacific became part of Burlington Northern Inc., when it merged with the Great Northern; Chicago, Burlington & Quincy; Spokane, Portland and Seattle; and Pacific Coast Railroad.



*A Northern Pacific freight train crosses Bozeman Pass in southern Montana. The NP locomotive fleet was completely converted to diesel by 1958.*

*Offering service between Chicago and Seattle, the "North Coast Limited" was inaugurated on April 29, 1900. Streamlined equipment was introduced in 1948 and when the dome car was added in 1954, the flagship train was renamed "The Vista-Dome North Coast Limited."*

## Fiscal Crisis Brings Receivership

In the decade following completion of the transcontinental line, the NP turned its energies to constructing branch lines and expanding its operating and other facilities. As the territory prospered, so did the railroad.

The financial crisis that swept the country in 1893 forced a number of lines into receivership, among them the Northern Pacific. The receivership ended in 1896 when the property of the railroad was sold to a new corporation called the Northern Pacific Railway Company. Successfully reorganized on a sound financial basis and with continuing improvement in business conditions, the future brightened for the new company.

## Burlington Purchased by NP and GN

In 1901, the Northern Pacific and Great Northern jointly purchased nearly all of the outstanding stock of the Chicago, Burlington & Quincy Railroad (CB&Q), providing the two lines with direct access to Chicago and the markets of the Midwest and South.

10/18/2022

# Northern Pacific: A Brief History

### July 2, 1864
President Abraham Lincoln signs an Act of Congress creating the Northern Pacific Railroad Company (NP)

### 1872
NP leases the Lake Superior & Mississippi River Railroad

### 1873
Line segment from Duluth reaches Bismarck and the Missouri River in Dakota Territory. Line between Kalama, Wash., and Tacoma completed

### 1881
Following bankruptcy and reorganization, NP resumes westward expansion

### Sept. 8, 1883
East and West tracks meet at Gold Creek, Montana Territory, completing the first of the northern transcontinentals

### 1893
NP forced into receivership. Property sold three years later to a new corporation called the Northern Pacific Railway

### 1901
NP and Great Northern (GN) jointly purchase nearly all outstanding stock of the CB&Q

### 1905
NP and GN partner again in constructing the Spokane, Portland and Seattle Railway (SP&S)

### 1955
NP constructs the first modern electronic freight classification yard in the Pacific Northwest at Pasco, Wash.

### March 2, 1970
NP merges with CB&Q, GN, SP&S and the Pacific Coast Railroad to form Burlington Northern Railroad



*"Lewis and Clark" by Joseph Chenoweth.*

## Northern Pacific's Lewis and Clark Heritage

No event in history had a greater impact on western railroad construction – and particularly that of the Northern Pacific – than the Lewis and Clark Expedition of 1804-06.

The formal beginning of what has been described as "our national epic of exploration" was President Thomas Jefferson's unpublicized message to Congress on Jan. 18, 1803, requesting $2,500 "for the purpose of extending the external commerce of the United States."

President Jefferson, realizing its importance to the young nation, had long wanted to explore the route to the Pacific, even before the Louisiana Purchase. Within a month of the signing with France on July 4, 1803, 29-year-old Captain Meriwether Lewis was on his way down the Ohio River in a keelboat loaded with supplies for the expedition. His co-captain in the "Corps of Discovery," William Clark, would join him at Louisville, Ky., on Oct. 26.

The historic journey into the little-known Missouri River country began at St. Louis on May 6, 1804. The basic mission of the band of courageous men led by Lewis and Clark would be to survey and describe a route from the Rockies to the North Pacific shore – an overland right-of-way from the Louisiana Purchase to the point of Captain Robert Gray's Columbia River discovery.

No other white men had ever made this long, hazardous journey through the wild Upper Missouri, across foreboding mountains and then down the great Columbia River to the sea.

When the Lewis and Clark party returned in August 1806 to the Dakota country near present-day Mandan, where they first wintered in 40-below-zero weather, they had been lost to the world for nearly two and a half years. Generations of Americans have since been thrilled and inspired by their adventures and accomplishments during that period. The expedition journals, with carefully detailed notes on botany, wildlife and Native American customs and languages, permanently enriched the nation's cultural and scientific heritage.

Not long after the expedition's conclusion, agitation began for the construction of railroads to serve the new territory. Many in time would follow or transect the Lewis and Clark route, but most notably the Northern Pacific. From Bismarck, N.D., the NP main line paralleled the explorers' trail along the Missouri, Yellowstone, Gallatin and Jefferson rivers to Helena, Mont., then picked the trail up again where the little band canoed down the Snake River to its confluence with the Columbia, near present-day Pasco, Wash. Many cities and towns along the NP in North Dakota, Montana and Washington closely identify with episodes in the Lewis and Clark journals.

Meriwether Lewis and William Clark opened an unexplored wilderness to settlement, reinforcing the claim of their nation to the so-called Oregon Country. The Northern Pacific Railway became the instrument of settlement.



# BNSF RAILWAY



## BURLINGTON NORTHERN RAILROAD (OREGON-WASHINGTON) INC.

Oregon Electric
Oregon Trunk



## GREAT NORTHERN RAILWAY COMPANY

Coeur d'Alene & Spokane
Columbia & Red Mountain
Duluth & Winnipeg
Duluth, Mississippi River & Northern
Duluth, Superior & Western
Duluth, Watertown & Pacific
Eastern Minnesota
Fairhaven & Southern
Farmers Grain & Shipping
First Division St. Paul & Pacific
Great Falls & Canada
Inland Empire
Kootenai Valley
Lake Superior & Southwestern
Minneapolis & Northwestern
Minneapolis & St. Cloud
Minneapolis Union
Minneapolis Western
Minnesota & Pacific
Montana Central
Montana Western
Moorhead & Barnesville
Nebraska & Western
Nelson & Ft. Shepard
New Westminster & Southern
Northwestern Coal
Red Mountain
Red River & Lake of the Woods
Red River & Manitoba
Red River Valley
Seattle & Montana
Seattle & Northern
Sioux City & Northern
Sioux City, O'Neill & Western
Sioux City, Yankton & Southwest
South Dakota Central
Spokane & Eastern
Spokane & Inland
Spokane & Inland Empire
Spokane, Coeur d'Alene & Palouse
Spokane Falls & Northern
Vancouver, Victoria & Eastern
Victoria Terminal Ry & Ferry Company
Victoria, Westminster & Yukon Ry
Watertown & Sioux Falls
Western Minnesota
Willmar & Sioux Falls

## CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY

Albia, Knoxville & Des Moines
American Central
Atchison & Nebraska
Aurora Extension
Black Hills & Ft. Pierre
Brownsville & Nodaway Valley
Brownville, Fort Kearney & Pacific
Burlington & Colorado
Burlington & Missouri River
Burlington & Northwestern
Burlington & Southwestern
Burlington & Western
Carthage & Burlington
Central Military Tract
Chariton, Des Moines & Southern
Cheyenne & Burlington
Chicago & Aurora
Chicago & Iowa
Chicago & Rock River
Chicago, Burlington & Kansas City
Chicago, Burlington & Northern
Chicago, Ft. Madison & Des Moines
Chicago, Greenville & Southern
Chicago, Kansas City & Texas
Chicago, Nebraska & Kansas
Clarinda, College Springs & S.W.
Council Bluffs & St. Joseph
Deadwood Central
Des Moines & Kansas City
Des Moines & Knoxville
Des Moines, Osceola & Southern
Dixon & Quincy
Dixon, Peoria & Hannibal
Ft. Madison & Northwestern
Fulton County Extension
Fulton County Narrow Gauge
Grand Island & Northern Wyoming
Hannibal & St. Joseph
Hastings & Avoca
Humeston & Shenandoah
Illinois Grand Trunk
Iowa & St. Louis
Iowa Southern
Jacksonville & Southeastern
Jacksonville & St. Louis
Jacksonville, Louisville & St. Louis
Joliet, Rockford & Northern
Kansas City & Atlantic
Kansas City & Cameron
Kansas City & Northern Connecting
Kansas City & Omaha
Kansas City, St. Joseph & Burlington
Kansas City, St. Joseph & Council Bluffs
Keokuk & Northwestern
Keokuk & St. Paul
Keokuk & Western
Keokuk, Iowa City & Minnesota
Leon, Mt. Ayre & Southwestern
Lewiston
Lincoln & Northwestern
Lowell & Southern
Midland Pacific
Mississippi Valley & Western
Missouri & Illinois Bridge Belt
Missouri & Illinois Bridge & Belt
Missouri, Iowa & Nebraska
Missouri Valley
Moulton & Albia
Nebraska
Nebraska & Colorado
Nebraska City, Sidney & N.E.
Nodaway Valley
Northern Cross
Ogle & Carroll County
Omaha & North Platte
Omaha & Southwestern
Omaha, Kansas City & Eastern
Orion & Minersville
Ottawa, Oswego & Fox River Valley
Peoria & Burlington
Peoria & Hannibal
Peoria & Oquawka
Platte County
Quincy & Carthage
Quincy & Chicago
Quincy & Palmyra
Quincy & Warsaw
Quincy, Alton & St. Louis
Quincy, Missouri & Pacific
Quincy, Omaha & Kansas City
Red Oak & Atlantic
Republican Valley
Republican Valley & Kansas
Rockford Northern
Rockford, Rock Island & St. Louis
St. Clair, Madison & St. Louis Belt
St. Joseph & Council Bluffs
St. Joseph & Des Moines
St. Louis, Alton & Rock Island
St. Louis, Keokuk & Northwestern
St. Louis, Rock Island & Chicago
Western Iowa

## FORT WORTH & DENVER RAILWAY COMPANY



Burlington Rock Island
Fort Worth & Denver City
Trinity & Brazos Valley
Wichita Valley

## COLORADO AND SOUTHERN RAILWAY COMPANY



Colorado Central
Colorado Central & Pacific
Denver & New Orleans
Denver, Leadville & Gunnison
Denver, Marshall & Boulder
Denver, South Park & Pacific
Denver, Texas & Fort Worth
Denver, Texas & Gulf
Union Pacific, Denver & Gulf

## ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY



Albion & Southeastern
Arizona & California
Arizona & Utah
Arkansas Valley
Atlantic & Pacific
Barton County & Santa Fe
Buffalo Northwestern
California, Arizona & Santa Fe
California & Nevada
California Eastern
California Southern
Cane Belt
Chicago & Illinois River
Chicago, Kansas & Western
Chicago, Pekin & Southwestern
Chicago, Santa Fe & California
Clinton & Oklahoma Western
Colorado Midland
Concho, San Saba & Llano Valley
Corona & Santa Fe
Denver & Santa Fe
Denver, Enid & Gulf
Denver, Kansas & Gulf
Denver Union Terminal
Eastern Railway of New Mexico
Eldorado & Santa Fe
Elkhart & Santa Fe
Florence, El Dorado & Walnut Valley
Fort Worth & Rio Grande
Fresno Interurban
Golden City & South Platte
Grand Canyon
Gulf, Beaumont & Great Northern
Gulf, Beaumont & Kansas City
Gulf, Colorado & Santa Fe
Healdton & Santa Fe
Hutchinson & Southern
Illinois Northern
Jasper & Eastern
Kansas City, Emporia & Southern
Kansas City, Mexico & Orient
Kansas City, Topeka & Western
Kansas Southwestern
Leavenworth & Topeka
Leavenworth, Northern & Southern
Los Angeles & San Gabriel Valley
Manhattan, Alma & Burlingame
New Mexico & Arizona
New Mexico & Southern Pacific
New Mexico Central
Northwestern Pacific
Oakland & East Side
Oklahoma Central
Oklahoma City – Ada – Atoka
Panhandle & Santa Fe
Pecos & Northern Texas
Pecos River
Pecos Valley & Northeastern
Pueblo Union
Rio Grande, Mexico & Pacific
Rocky Mountain & Santa Fe
St. Louis & San Francisco
St. Louis, Kansas & Southwestern
Salina & Santa Fe
Santa Fe, Prescott & Phoenix
Santa Fe, Raton & Des Moines
Santa Fe, Raton & Eastern
South Plains & Santa Fe
Texas & Gulf
Texas, Sabine Valley & Northwestern
Toledo, Peoria & Western
Verde Valley
Wichita & Western

# GENEALOGY OF BNSF RAILWAY COMPANY

## NORTHERN PACIFIC RAILWAY COMPANY



Big Fork & International Falls
Billings & Central Montana
Brainerd & Northern Minnesota
Coeur d'Alene
Drummond & Phillipsburg
Duluth, Crookston & Northern
Fargo & South Western
Green River & Northern
Helena & Jefferson County
Helena & Northern
Helena & Red Mountain
Helena, Boulder Valley & Butte
James River Valley
Jamestown & Northern
Lake Superior & Mississippi
Little Falls & Dakota
Minneapolis & International
Minnesota & International
Minnesota Northern
Missoula & Bitter Root Valley
Montana Union
Monte Cristo
Nebraska & Lake Superior
Northern Pacific & Puget Sound Shore
Northern Pacific Cascade
Northern Pacific, Fergus & Black Hills
Northern Pacific, Lamoure & Missouri River
North Yakima & Valley
Olympia & Chehalis Valley
Olympia & Tenino
Oregon & Washington Territory
Portland, Vancouver & Yakima
Puget Sound & Grays Harbor
Puget Sound Shore
Puyallup Branch
Rocky Mountain
St. Paul & Duluth
St. Paul & Northern Pacific
St. Paul & Stillwater
Sanborn, Cooperstown & Turtle Mountain
Seattle & International
Seattle, Lake Shore & Eastern
Spokane & Idaho
Spokane & Palouse
Stillwater & St. Paul
Tacoma, Olympia & Chehalis Valley
Tacoma, Orting & South Eastern
United Railroads of Washington
Washington & Columbia River
Washington & Oregon
Washington, Bayfield & Iron River
Washington Rwy & Navigation Company
Western of Minnesota
Yakima & Pacific Coast

## PACIFIC COAST RAILROAD COMPANY

Columbia & Puget Sound
San Luis Obispo & Santa Maria Valley
Seattle & Walla Walla

## QUANAH, ACME & PACIFIC RAILWAY COMPANY

Acme, Red River & Northern
Motley County

## FRISCO

## ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY

Alabama, Tennessee & Northern
Arkansas & Choctaw
Arkansas & Oklahoma
Arkansas Valley & Western
Atlantic & Pacific
Bentonville
Blackwell, Enid & Southwestern
Blackwell, Enid & Texas
Butler County
Campbell & St. Francis Valley
Cape Girardeau
Cape Girardeau & State Line
Cape Girardeau, Bloomfield & South
Cape Girardeau Southwestern
Carrollton Short Line
Crystal
Crystal City
Current River
Deckerville, Osceola & Northern
Fayetteville & Little Rock
Ft. Scott, Southeastern & Memphis
Ft. Smith & Southern
Ft. Smith & Van Buren Bridge Company
Greenfield & Northern
Gulf, Florida & Alabama
Houck's Missouri & Arkansas
Iron Mountain & Helena
Jonesboro, Lake City & Eastern
Joplin
Kansas & Missouri
Kansas City & Southeastern
Kansas City & Southern
Kansas City & Southwestern
Kansas City, Clinton & Springfield
Kansas City, Ft. Scott & Gulf
Kansas City, Ft. Scott & Memphis
Kansas City, Ft. Scott & Springfield
Kansas City, Memphis & Birmingham
Kansas City, Memphis & Mobile
Kansas Midland
Little Rock & Texas
Memphis & St. Louis
Memphis, Birmingham & Atlantic
Memphis, Carthage & Northwestern
Memphis, Holly Springs & Mobile
Memphis, Holly Springs & Selma
Memphis, Holly Springs, Okolona & Selma
Memphis, Kansas & Colorado
Memphis, Selma & Brunswick
Miami Mineral Belt
Missouri & Western
Missouri River, Ft. Scott & Gulf
Muscle Shoals, Birmingham & Pensacola
Northeast Oklahoma
Oklahoma City & Texas
Oklahoma City & Western
Oklahoma, Kansas & Missouri
Ozark & Cherokee Central
Pacific of Missouri
Palmer Lines in Missouri & Arkansas
Paris & Great Northern
Pittsburg & Columbus
Pleasant Hill & Desoto
Red River, Texas & Southern
Rich Hill
St. Louis & Gulf
St. Louis & Memphis
St. Louis, Cape Girardeau & Ft. Smith
St. Louis, Caruthersville & Memphis
St. Louis, Kennett & Southeastern
St. Louis, Kennett & Southern
St. Louis, Memphis & Southeastern
St. Louis, Salem & Little Rock
St. Louis, San Francisco & New Orleans
St. Louis, San Francisco & Texas
St. Louis, Wichita & Western
Sapulpa & Oil Field
Selma, Marion & Memphis
Short Creek & Joplin
Southern Missouri & Arkansas
South Pacific
Southwest Pacific
Springfield & Northern
Springfield & Southern
Springfield & Western Missouri
Springfield Connecting
Sulphur Springs
Wilson Northern

## SPOKANE, PORTLAND AND SEATTLE RAILWAY COMPANY

Astoria & Columbia River
Columbia River & Northern
United Railways (Oregon)



SHIP WITH BNSF    IN THE COMMUNITY    ABOUT BNSF    WORK AT BNSF

Rail Talk    News & Media    Retirees    Suppliers    Contact Us    Login / Register

# Awards & Honors

At BNSF, we are honored to receive recognitions from various organizations. Please have a look here to see what other groups are saying about BNSF Railway.



Human Rights Campaign's Corporate Equality Index 2022



Military Times Best for Vets Employers 2021



Forbes Best Employers for Women 2021



Military Friendly Employer 2021



Military Friendly Employer Gold 2020



Training Magazine's Training Top 125 2020





American Indian Science and Engineering Society's Top 50 Workplaces for Indigenous STEM Professionals 2020

↑ BACK TO TOP

