# EXHIBIT 5





WORK HISTORY WEEKEND
OCTOBER 7,8,9

WE ARE OPEN 10 AM TO 4PM WEDNESDAY -SATURDAY

ADMISSION $5 ADULT CHILDREN UNDER 12 $3

FOR FURTHER INFORMATION PLEASE CALL US AT 509 865 1911

AFTER HOURS CALL 509 720 0397 (ASK FOR DAVE)

IN ADDITION RESERVATIONS AND PRIVATE TOURS
CAN BE ARRANGED BY CALLING THE ABOVE NUMBERS



HOW TO FIND US

CLICK HERE



The depot just right after it was built IN 1911.  Mouse over the above
picture to see what it looked like in the 1980s.

## WHAT IS THERE TO SEE IN THE DEPOT

A passenger waiting room remodeled as it was in the early twenties.

A ticket office with all the original equipment including a telegrapher office.

Authentic uniforms used by Northern Pacific Railroad employees.

Dinnerware place settings used on the North Coast Limited.

Freight room filled with tools, a hand pump car, velocipede and motorized
speeders used by maintenance crews.

REA room, Before Fedex and UPS there was Railway Express Agency.
(And there is a 1941 REA truck outside the window)

(and more)



## WHAT CAN I EXPECT TO SEE IN THE YARD?

NP 1364  STEAM LOCOMOTIVE

NP 2152  PASSENGER LOCOMOTIVE

NP 642  MANN McCANN SNOW PLOW

NP 393  SPOKANE CLUB SLEEPER CAR

NP 460  DINER CAR

NP 588  COACH CLASS CAR

NP 581  COACH CLASS CAR

19 various freight cars with interesting stories what they hauled.

NP 1238  WOODEN CABOOSE

Our yard today, mouse over the picture to see what it looked like in the 40s.

WE ACCEPT

VISA  MasterCard

AMERICAN EXPRESS  DISCOVER NETWORK

SITE MAP

Find us on facebook

CONTACT US

VOLUNTEERS

WE NEED YOU

Northern Pacific Railway Museum

Watch later    Share

Watch on YouTube

NORTHERN PACIFIC RAILWAY MUSEUM

DONATIONS

WE NEED YOU

Website created by Northern Pacific Railway Museum volunteers

https://nprymuseum.org/

October 18, 2022





OUR MUSEUM

THE TOPPENISH DEPOT IN 1911

https://nprymuseum.org/                                                      October 18, 2022






# ABOUT US



The museum is run on a seasonal basis from May 1 to October 15 plus special events. Our hours are Tuesday – Saturday, 10am-4pm. If workers are present on other days, including the off-season, docent tours can be accommodated. Special visits can be arranged ahead of time by calling (509) 854-4159 to speak to Doug or emailing us.

The 1911 depot-museum was in very poor condition when the museum was founded in 1989. The waiting room has undergone a multiyear restoration effort and is now restored as much as possible to its original appearance in the early 1900s. Much of the original equipment went home with employees when the depot was boarded up in the early 1980's. That same equipment found its way back after the museum opened. Display cabinets showcase authentic NP dinnerware used on early and mid 20th century. The telegraph room has been totally restored. Even the bathrooms have been restored where present codes allow us. The adjacent freight room showcases maintenance equipment indigenous to the times. In addition pump cars and speeders are also displayed. The Railway Express Agency room, a precursor to Fedex and UPS, still has the original scales and safe. A working REA delivery truck, 1941 flathead, is parked outside waiting to go on another parade.

The yard includes passenger cars used on the old North Coast Limited along with the 2152 passenger steam train that pulled them. There are freight cars, showcasing the commodities that they delivered to the area, such as an auto hauler car. Be sure to peek in and see what kind of autos were delivered. The last surviving Mann McCann ballast and snow spreader is parked behind the 2152. A fully restored wooden caboose is parked next to the engine house. The 1364 is inside that engine house. Because the 1364 is in a live maintenance shop a docent is required to be present. Be assured that all the volunteers at the museum are very proud of our work and would not miss a chance to show it off.





S I T E   M A P



CONTACT US



VOLUNTEERS

WE NEED YOU



NORTHERN PACIFIC RAILWAY MUSEUM



DONATIONS

WE NEED YOU


Website created by Northern Pacific Railway Museum volunteers

https://nprymuseum.org/1627-2/                                            October 18, 2022



# TOY TRAIN CHRISTMAS

Toy Train Christmas is intended to bring back the days of old when toy trains were common around the Christmas tree. Using this theme we have set up over 40 model trains from Z scale to the real thing, a train that transports kids of all ages to see Santa Claus. A 7 1/2" scale live steam model of NP 1364 is on display in the waiting room. One room had all Lego trains in operation with an opportunity for kids to work on their own design. There are many hands on activities for the kids including crafts projects and toy trains designed for younger children to operate.





There is a train ride from the depot to the "North Pole" to see Santa and will delight a child at any age. Incidentally one passenger on record has believed in Santa for 102 years.   Hot chocolate and cookies are on the house courtesy of Santa.  Photographs with Santa and Mrs Claus are available ranging around $20. Admission is $8 for adults and $5 for kids 12 and under.  All proceeds go to restoration and maintenance of our displays at our museum.  Most major credit cards accepted.



Kids of all ages waiting to board the North Pole Limited







The North Pole Express travels a short distance to the North Pole to see Santa.







Doug, displaying his childhood Lionel trains

Children of all ages are enjoying the passenger train go by.

If you want to see more of Toy Train Christmas, click on the button that interests you most.

G-SCALE TRAINS

O-SCALE TRAINS

WE ACCEPT

VISA   MasterCard
AMERICAN EXPRESS   DISCOVER NETWORK

SITE MAP

Find us on facebook

CONTACT US

VOLUNTEERS
WE NEED YOU

Northern Pacific Railway Museum

Watch later   Share

NORTHERN PACIFIC RAILWAY MUSEUM

Watch on YouTube

DONATIONS

WE NEED YOU

Website created by Northern Pacific Railway Museum volunteers

https://nprymuseum.org/toy-train-christmas/

October 18, 2022



### Hyatt Vineyards
4.4 ★★★★★ (22)
Winery, cabernet sauvignon, vineyard, riesling, and sauvignon blanc

### Cultura Winery
4.9 ★★★★★ (38)
Winery, vineyard, wine, and wine tasting

### Whitman Hill Winery
4.8 ★★★★★ (5)
Winery and wine



### Toppenish National Wildlife Refuge
4.3 ★★★★★ (89)



### Silver Lake Winery
4.7 ★★★★★ (26)
Winery and wine



### Knight Hill Winery
4.7 ★★★★★ (31)
Winery and wine



### JB Neufeld
5.0 ★★★★★ (1)
Cabernet sauvignon, wine tasting, vineyard, sauvignon blanc, and wine



About   Privacy   Terms   Join user studies   Feedback   Help Center

Content written by Google unless otherwise noted

Map data ©2022 Google   2 km   Terms of Use

https://www.google.com/travel/things-to-do/see-all?g2lb=2502548%2C2503771%2C2503781%2C4258168%2C4270442%2C4284970%2C4291517%2C4306835%2C4597339%2C4718358%2C4723331%2C4731329%2C4757164%2C4814050%2C4816977%2C4826689%2C4852066%2C4859602%2C4861688%2C4865467%2C4878645%2C4881567&hl=en-US&gl=us&ssta=1&dest_mid=%2Fm%2F010w65&dest_state_type=sattd&dest_src=ts&q&sa=X&ved=2ahUKEwjs-6GJ8On6AhUNMUQIHWA7AqUQ69EBKAB6BAg3EAc   October 18, 2022