# EXHIBIT 6



# Northern Pacific Airways

| | |
|---|---|
| 🇺🇸 United States | **Type:** Start Up |
| 📞 9072668401 | **IATA:** 7H |
| 🌐 www.np.com | **ICAO:** RVF |

# About The Airline

As a new long-haul airline, Northern Pacific Airways plans to offer flights between a range of points in the United States and select cities in East Asia through Anchorage, Alaska. The airline plans to serve cities in the states of New York, Florida, California, Texas, and Nevada, with direct flights to cities in Japan and Korea through Anchorage over the Northern route.

## Events

Routes World 2022
TakeOff North America 2022
Routes Asia 2023
Routes Americas 2023
Routes Europe 2023
TakeOff Cargo
Routes Awards

## Routes 360

About Routes 360
Airline Members
Airport Members
Destination Members
Supplier Members
Route Opportunities

## About Routes

About Us
Contact Us
Meet The Team
Press Releases
Media Centre
Charity Partnerships
Sustainability
Sitemap

## Follow Us

 

markets

Copyright © 2022. All rights reserved. Informa Markets, a trading division of Informa PLC.

2/2

Accessibility | Privacy Policy | Cookie Policy | Terms Of Use | Visitor Terms And Conditions

**ROUTES**



Northern Pacific Airways

🇺🇸 United States                        **Type:** Start Up
📞 9072668401                            **IATA:** 7H
🌐 www.np.com                            **ICAO:** RVF

## Introduction

As a new long-haul airline, Northern Pacific Airways plans to offer flights between a range of points in the United States and select cities in East Asia through Anchorage, Alaska. The airline plans to serve cities in the states of New York, Florida, California, Texas, and Nevada, with direct flights to cities in Japan and Korea through Anchorage over the Northern route.

| Latest News | Latest News |
|---|---|



### Alaska Startup Northern Pacific Eyes US-Asia Routes Via Anchorage
Posted 7 October 2022 13:36

The carrier wants to connect passengers in secondary US markets with Japan and South Korea.



### Northern Pacific Airways Applies To Serve Mexico
Posted 4 August 2022 12:00

The US startup wants to offer scheduled flights before the end of the year.

ROUTES

Explore Northern Pacific Airways's Network via our Interactive Tool

Network

Powered by

Log in to Access

Data supplied by OAG

## Latest Updates



**Northern Pacific Airways:**
is attending Routes World 2022

14 days 42 minutes ago



**Northern Pacific Airways:**
is attending Routes Americas 2022

8 months 17 days ago



**Northern Pacific Airways:**
is attending TakeOff North America 2021

11 months 15 days ago



**Northern Pacific Airways:**
has written A new airline wants to connect the US and Asia with low fares and Alaskan stopover programs: Meet Northern Pacific Airways

11 months 16 days ago

### Events

Routes World 2022
TakeOff North America 2022
Routes Asia 2023
Routes Americas 2023
Routes Europe 2023
TakeOff Cargo
Routes Awards

### Routes 360

About Routes 360
Airline Members
Airport Members
Destination Members
Supplier Members
Route Opportunities

### About Routes

About Us
Contact Us
Meet The Team
Press Releases
Media Centre

### Follow Us

   

ROUTES

Sustainability

Sitemap

markets

Copyright © 2022. All rights reserved. Informa Markets, a trading division of Informa PLC.

Accessibility | Privacy Policy | Cookie Policy | Terms Of Use | Visitor Terms And Conditions