# EXHIBIT 7



About   Leadership   News   Media   Contact   Careers

Introducing
**Northern Pacific Airways**

Get updates on Northern Pacific Airways

submit

Introducing the next era in travel.
Northern Pacific Airways is connecting the east and
west with international service between the U.S.
and Asia through Anchorage subject to
government approval.

## Mapping New Routes

As a new long-haul airline, Northern Pacific Airways plans to offer flights between
a range of points in the United States and select cities in East Asia through
Anchorage, Alaska. The airline plans to serve cities in the states of New York,
Florida, California, and Nevada, with direct flights to cities in Japan and Korea
through Anchorage over the Northern route.



### Offering Our
### Customers More

Northern Pacific will offer travelers great value and
primary access to Ted Stevens Anchorage International
Airport, leveraging the departure and arrival gates of
the international terminal.

Introducing

## A New Way to Asia

An airline should do more than just "get you there."
Northern Pacific will be a new bridge between people and place, connecting the
U.S. to Korea's and Japan's breathtaking sites and millennia-old cultures.













 

Introducing

## A New Way to the U.S.

The U.S. hosts an incredible diversity of destinations. That includes the bright lights on Broadway and bold treks off the beaten path. Northern Pacific plans to bring passengers to both major cities and regional destinations across the country.











Introducing

# A New Way through Alaska

Northern Pacific's Northern route boasts an innovative way of connecting the
East and West through Anchorage, Alaska. The country's northern-most state
becomes a destination in itself, introducing passengers to the expansive journeys
and experiences the state has to offer.















ABOUT

# Navigators Fly
# Freely

Imagine today's travelers as modern-day navigators driven by both purpose and aspiration. Northern Pacific's brand evokes a distinctive blend of the modern and romance of flight. A legacy of exploration and discovery provides the foundation for the rise of a modern 21st century airline. From its bold livery and design touches to its game-changing routes and loyalty program, Northern Pacific is committed to further elevating the travel experience.





ABOUT

## Little Touches
## Big Reminders







OUR FLEET

## Distinctive Markings are Our Badge of Honor

Standing apart from the crowd, Northern Pacific's 757s pop with bold colors and striking graphics. The airline's modern livery design is inspired by the night sky, Northern Lights, ice and snow.

OUR FLEET

## A Bold Fleet Takes Flight

Northern Pacific's fleet will consist of 757-200 narrow body aircraft with proven performance in efficiency, range, and maintenance. The aircraft delivers: a 20% lower operating cost per passenger mile, flight range of 4,000 miles (one stop to Asia) and can accommodate up to 200 passengers.





**Handles Well**

Pilots often describe the 757 as a "sports car," referring to its light weight performance abilities.

**Extraordinary Engines**

Thanks to powerful engines, the 757 can take off on relatively short runways. It also performs well in high-altitude areas.

**Stretched Wings**

The surface area of a pair of 757 wings is 1,951 square feet, about the same as the floor space of a typical three-bedroom home.

**Catch Me if You Can**

The 757 can reach top speeds of 609 mph. The Cruising speed is normally 500 mph.

**Incredible Range**

This plane can make a 2,200 nm transcontinental flight, (for instance Boston to San Diego) fully loaded with passengers and cargo and still have plenty of fuel in reserve.

LEADERSHIP

## Executive Team

Tom Hsieh
**President**

Read More

Rob McKinney
**CEO**

Read More

Leonard Moon
**CFO**

Read More

Josh Jones
**Chairperson**

Read More

LEADERSHIP

# Operations Team

David Temple
**VP Flight Operations-Boeing**

Read More

Steven Pruitt
**VP Maintenance-Boeing**

Read More

Joel Rhodes
**VP Quality-Boeing**

Read More

N

Get updates on any
Northern Pacific Developments

Enter email    submit

About
Leadership

News
Media

Contact
Careers

Privacy Policy

https://np.com/

October 17, 2022



Introducing the next era in travel.
Northern Pacific Airways is connecting the east and
west with international service between the U.S.
and Asia through Anchorage subject to
government approval.



Introducing the next era in travel.
Northern Pacific Airways is connecting the east and
west with international service between the U.S.
and Asia through Anchorage subject to
government approval.



About   Leadership   News   Media   Contact   Careers

Get updates on Northern Pacific Airways

[ Enter email ]    [ submit ]

LEADERSHIP

# Executive Team

### Rob McKinney
*CEO*

Rob McKinney is chief executive officer of FLOAT Alaska LLC and its subsidiaries—Northern Pacific Airways and Ravn Alaska—where he leads a team of 400 employees and manages a growing fleet of aircraft that fly to destinations statewide. In addition to being a Learjet captain, Rob has over 30 years of airline experience piloting commercial aircraft and managing flight operations. In 2002, as VP and director of operations at Pacific Wings, a Hawaiian-based commuter airline, Rob oversaw exponential customer growth which tripled passenger traffic during his three-year tenure. He thereafter joined Mokulele Airlines in Hawaii as chief operating officer, where he successfully converted the company from a small air-touring service into a fully scheduled commuter airline. Rob returned stateside in 2007 to join SeaPort Airlines, a small start-up based in Portland, Oregon. As chief operations officer, and later chief executive officer, at SeaPort, Rob established a commuter shuttle service between Portland and Seattle. In 2018, Rob co-founded FLOAT (Fly Over All Traffic) Shuttle Inc., a commuter and corporate transportation service in southern California. In April 2020, Rob and the FLOAT Shuttle Inc. team orchestrated the acquisition of Ravn Air Group. Rob received his Bachelor of Science in Technology from Purdue University and has an MBA from Ellis College/NYIT. He hails from the state of Indiana.



### Tom Hsieh
*President*

Tom Hsieh is president of FLOAT Alaska LLC, parent company to FlyCoin, Ravn Alaska, and Northern Pacific Airways. Tom began his career in communication technology, joining EarthLink in the 1990s, where he managed engineering and IT functions for over a decade. Tom oversaw Earthlink's growth from a fledgling start-up through its successful IPO on the NASDAQ exchange. Tom's passion for entrepreneurship and innovation has led him to spearhead a number of organizations and initiatives focused on driving social change. He serves on the boards of the Intervalley Health Plan in Pomona, CA; the San Gabriel Valley Economic Partnership; the Los Angeles County Fair Association; and the Claremont Graduate University. An active community member and business leader in southern

California, he co-founded FLOAT Shuttle Inc. in 2018, a venture-funded shuttle airline service catering to commuters and corporations in the greater Los Angeles area. In April 2020, Tom was instrumental in the acquisition of Ravn Air Group. Tom received his Bachelor of Science in Physics from Harvey Mudd College and has an Executive MBA from the Peter F. Drucker School of Management. He and his wife, Bree Devones Hsieh, live a purposeful life and are committed to non-profit and civic efforts.



---

### Leonard Moon
*CFO*

Leonard "Lenny" Moon is chief financial officer of FLOAT Alaska LLC and chief executive officer of FlyCoin. He has extensive experience in high growth start-ups, mergers and acquisitions, and successfully leading companies through operational and financial turnarounds. Lenny was a strategy consultant at Arthur D. Little in the late 1990s, and a venture capitalist at KB Partners in Chicago. From 2006–2012, he was an investment banker with Bear Stearns and Lazard, where he successfully executed M&A, equity, and debt transactions across a variety of sectors. He thereafter served in various chief financial officer roles, including Payoff, a start-up fintech company, and Motorsport Aftermarket Group, a private equity-backed holding company. Lenny received a Bachelor of Science from the University of Illinois at Urbana-Champaign and holds an MBA from Columbia Business School. He serves on the board of directors at HTI, an organization dedicated to freeing victims of human trafficking.



---

### Josh Jones
*Chairperson*

Josh Jones is Chairperson of FLOAT Alaska LLC and its subsidiaries—FlyCoin, Northern Pacific Airways, and Ravn Alaska. He is a business leader, visionary, entrepreneur, and investor in many successful enterprises. Josh began his career in 1996 as a college undergraduate, co-founding DreamHost, a web hosting provider and domain name registrar. An early proponent of the concept of digital currency, in 2014 he founded Bitcoin Builder which played an indelible role in the future success of digital currency. Josh is recognized throughout the investment industry as an expert in blockchain technology, the foundation that enables the existence of cryptocurrency. He serves on a variety of boards and committees including The Fund, a community-centered venture capital firm that extends support to future entrepreneurs, as well as HMC INQ, an investment network offering mentorship and start-up support to Harvey Mudd College students and alumni. Josh received a Bachelor of Science in Computer Science from Harvey Mudd College. He and his family are residents of Los Angeles.



## Operations Team

---

### David Temple
*VP Flight Operations-Boeing*

A veteran in flight operations, David Temple's aviation career has taken him all over the world. With work spanning five continents, he has over 40 years of experience in commercial aviation, and 20,000 hours of flight time. David's certifications and licensure run the gamut, as he has served as Captain on Boeing 757 and 767, and is also Type Rated in BAC111, SF340 and BE1900. In two periods of work with Orient Thai, from 2004–2006 and then from 2012–2014, he flew from Bangkok to Korea, Japan, and 13 cities in China. Based in Bahrain and Malta, David was Post-Holder Flight Operations for Comlux Aviation from 2015–2019 and served as Captain on the B767 BBJ flying Royal Family and

Head of State. David's most recent experience brings him back to Anchorage, Alaska, piloting for Security Aviation and Katmai Air. David holds a Master's in Business Administration. He is married with three children.

---

### Steven Pruitt
*VP Maintenance–Boeing*

Steven Pruitt has over 30 years of experience in aircraft maintenance. In 1986, he started off his aviation career with US Airways where he worked for 16 years and later with JetBlue and Virgin America. He then transitioned to Alaska Airlines, leading 100 A&P technicians and support staff in the safe operation of a station with 90 daily departures and 22 RON aircrafts. Additionally, Steven oversaw the technical operations of over seven stations in the Southwest United States and Mexico from 2012 to 2018. Steven's aircraft specialties include the Airbus A320, Boeing 737, Boeing 757 and 767, Douglas MD80, Fokker F100, and BAE 146. Steven is a graduate of Northrop University in aviation management.

---

### Joel Rhodes
*VP Quality–Boeing*

Joel Rhodes was the Boeing Field Service Regional Manager in Doha, Qatar, where he was responsible for Central Asia and parts of the Middle East. Joel began working with Boeing in 1987 and has held various positions throughout his tenure at the company. Prior to moving to Doha, he oversaw the Field Service teams in Seoul, Korea (Korean Air and Asiana Airlines), and Taipei, Taiwan (EVA and China Airlines). He also worked within the Boeing Warranty and Product Assurance Contracts Group as a Warranty Regional Manager responsible for airlines in Korea, India, Hong Kong, and the United States. Joel is no stranger to operating large and complex teams, having managed the Customer Quality Support Representatives for 747, 767, and 777 programs and the Preflight and Delivery Quality Assurance Team for the 787 program. He has worked with Boeing for 33 years, beginning at Everett as a factory mechanic and pre-flight and delivery inspector. Joel has a Bachelor of Science degree and an MBA degree alongside FAA Airframe, Power Plant, and FCC licenses.





Get updates on any
Northern Pacific Developments

About    News    Contact
Leadership    Media    Careers

Enter email    submit

Privacy Policy

https://np.com/leadership/#executive-team-bios    October 17, 2022



Get updates on Northern Pacific Airways

submit

---

NEWS

## Announcements

**May 11, 2022**

**ANCHORAGE, ALASKA** – Rob McKinney, CEO of Northern Pacific Airways, announced today that he has selected The Advertising Company NY, to handle the airlines global advertising account.

Read More

**February 4, 2022**

New Airline Bets You'll Stop in Alaska for a Cheaper Flight to Asia

Read More

**February 3, 2022**

Northern Pacific Plans A Mini IMAX Theater For Anchorage Airport

Read More

1 2 3



Get updates on any
Northern Pacific Developments

About        News        Contact
Leadership   Media       Careers

Enter email        submit

Privacy Policy

October 17, 2022



Get updates on Northern Pacific Airways

NEWS

## Announcements

**February 3, 2022**
Coming This Year: New Low-Fare Airline Linking U.S., Japan, Korea

Read More

**January 28, 2022**
Northern Pacific Airways plans to introduce innovative incentives, from cryptocurrency frequent flyer programs to stopovers in Alaska

Read More

**September 22, 2021**
Startup Northern Pacific buys six Boeing 757s to launch operations

Read More

1 2 3



Get updates on any
Northern Pacific Developments

About      News      Contact
Leadership  Media    Careers

Privacy Policy

October 17, 2022

18



NEWS

## Announcements

**August 8, 2021**

A new airline wants to connect the US and Asia with low fares and Alaskan
stopover programs: Meet Northern Pacific Airways

Read More

1 2 3





Media

# Image & Assets Library

Welcome to Northern Pacific's Image & Assets Library. It includes graphics,
imagery, and logo files that make sharing both easy and convenient.

## Request Access to Library

Enter your email    submit





About   Leadership   News   Media   Contact   Careers

CONTACT

# Stay in Touch

**General**
contact@np.com

**Telephone**
1.888.399.0814
1.907.266.8400

Get updates on any
Northern Pacific
Developments

Enter email

submit

**Mailing Address**
Northern Pacific Airways
4700 Old Intl Airport Road
Anchorage, Alaska 99502

**PR**
pr@np.com



Get updates on any
Northern Pacific Developments

Enter email

submit

About      News      Contact
Leadership   Media   Careers

Privacy Policy

https://np.com/contact/

October 17, 2022



Careers

# Join the Team

Northern Pacific is an equal opportunity employer.

Northern Pacific hires brilliant team members who exemplify and identify with our Core Values: Safety. Commitment. Integrity. Connectedness. Reliability.

To reach new heights with Northern Pacific, apply today!

**See Our Open Positions**

