# EXHIBIT 9

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Oct 18 04:07:23 EDT 2022*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:   OR [Jump] to record:   **Record 5 out of 14**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# NORTHERN PACIFIC

**Word Mark** NORTHERN PACIFIC

**Goods and Services** IC 039. US 100 105. G & S: Transportation services, namely, airline transportation services; providing transportation services in the nature of airline travel; providing airline services for transporting passengers; providing transportation services in the nature of transporting passengers by air; transportation of passengers by air; providing information in the field of air travel and air transportation by electronic means; providing a website featuring information in the field of air travel; air charter transportation services

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial Number** 90773348

**Filing Date** June 14, 2021

**Current Basis** 1B

**Original Filing Basis** 1B

**Owner** (APPLICANT) Float Alaska IP LLC LIMITED LIABILITY COMPANY DELAWARE 101 West Mission Blvd. #110-201 Pomona CALIFORNIA 91766

**Attorney of Record** Christina S. Loza

**Type of Mark** SERVICE MARK

**Register** PRINCIPAL

**Live/Dead Indicator** LIVE

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Oct 18 04:07:23 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___   **Record 2 out of 14**

[TSDR] [ASSIGN Status] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

# NORTHERN PACIFIC AIRLINES

| | |
|---|---|
| **Word Mark** | NORTHERN PACIFIC AIRLINES |
| **Goods and Services** | IC 039. US 100 105. G & S: Transportation services, namely, airline transportation services; providing transportation services in the nature of airline travel; providing airline services for transporting passengers; providing transportation services in the nature of transporting passengers by air; transportation of passengers by air; providing information in the field of air travel and air transportation by electronic means; providing a website featuring information in the field of air travel; air charter transportation services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90773356 |
| **Filing Date** | June 14, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Float Alaska IP LLC LIMITED LIABILITY COMPANY DELAWARE 101 West Mission Blvd. #110-201 Pomona CALIFORNIA 91766 |
| **Attorney of Record** | Christina S. Loza |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRLINES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Oct 18 04:07:23 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:   OR   Jump   to record:   **Record 1 out of 14**

[TSDR] [ASSIGN Status] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

# NORTHERN PACIFIC AIRWAYS

| | |
|---|---|
| **Word Mark** | NORTHERN PACIFIC AIRWAYS |
| **Goods and Services** | IC 039. US 100 105. G & S: Transportation services, namely, airline transportation services; providing transportation services in the nature of airline travel; providing airline services for transporting passengers; providing transportation services in the nature of transporting passengers by air; transportation of passengers by air; providing information in the field of air travel and air transportation by electronic means; providing a website featuring information in the field of air travel; air charter transportation services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90773359 |
| **Filing Date** | June 14, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Float Alaska IP LLC LIMITED LIABILITY COMPANY DELAWARE 101 West Mission Blvd. #110-201 Pomona CALIFORNIA 91766 |
| **Attorney of Record** | Christina S. Loza |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AIRWAYS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Oct 18 03:17:22 EDT 2022*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___   **Record 3 out of 14**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# NPA

| | |
|---|---|
| **Word Mark** | NPA |
| **Goods and Services** | IC 039. US 100 105. G & S: Transportation services, namely, airline transportation services; providing transportation services in the nature of airline travel; providing airline services for transporting passengers; providing transportation services in the nature of transporting passengers by air; transportation of passengers by air; providing information in the field of air travel and air transportation by electronic means; providing a website featuring information in the field of air travel; air charter transportation services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90773351 |
| **Filing Date** | June 14, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 26, 2021 |
| **Owner** | (APPLICANT) Float Alaska IP LLC LIMITED LIABILITY COMPANY DELAWARE 101 West Mission Blvd. #110-201 Pomona CALIFORNIA 91766 |
| **Attorney of Record** | Christina S. Loza |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Oct 18 04:07:23 EDT 2022*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:  OR [Jump] to record:   **Record 4 out of 14**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# NP

| | |
|---|---|
| **Word Mark** | NP |
| **Goods and Services** | IC 039. US 100 105. G & S: Transportation services, namely, airline transportation services; providing transportation services in the nature of airline travel; providing airline services for transporting passengers; providing transportation services in the nature of transporting passengers by air; transportation of passengers by air; providing information in the field of air travel and air transportation by electronic means; providing a website featuring information in the field of air travel; air charter transportation services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90773349 |
| **Filing Date** | June 14, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 26, 2021 |
| **Owner** | (APPLICANT) Float Alaska IP LLC LIMITED LIABILITY COMPANY DELAWARE 101 West Mission Blvd. #110-201 Pomona CALIFORNIA 91766 |
| **Attorney of Record** | Christina S. Loza |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY