# EXHIBIT 12

WEFUNDER   Explore   Search                                                        Raise   FAQ   Login   Signup

INVEST IN **NORTHERN PACIFIC AIRWAYS**                                                    Share

# The Newest Trans-Pacific Airline!



np.com   Anchorage AK                                         Travel & Tourism   Transportation



**$6,880,529**
of a $7,000,000 goal

**INVEST**
min $100                                  $   0

[ **INVEST** ]

[ ♡ WATCH FOR UPDATES ]

INVESTMENT TERMS
$150M valuation cap    Future Equity

---

**OVERVIEW**   UPDATES 5   WHAT PEOPLE SAY 972   ASK A QUESTION 172

# Highlights

(1) 🌐 Using Anchorage as hub between Asia & U.S. unlocks low-cost model.

(2) 👥 Doing $90M in 2022 just from Ravn Alaska, its regional airline also based in Anchorage.

(3) 💲 High fuel prices increase Northern Pacific's cost advantage.

(4) ☑ Icelandair ($1.5B revenue per year) proves the potential of one-stop, hub-and-spoke model.

(5) 🧩 Total Addressable Market of $20B for trans-Pacific air travel.

(6) ✈✈✈✈ Four 757-200 aircraft acquired already. More coming soon.

(7) 💎 By 2026, projecting: 50 aircraft, $1.3B revenue, $120M profit per year (not guaranteed).

## Our Team



**Josh Jones**  Chairman

Josh Jones is majority owner and chairman of Northern Pacific Airways. He founded DreamHost in 1996 and Bitcoin Builder in 2012. Josh serves on a variety of boards including Represent.Us, The Aquarium of the Pacific, and HMC INQ.

We have a unique structural advantage in doing "Icelandair for Asia" as the largest regional carrier in Alaska. We also believe our timing is perfect with pent-up leisure travel demand and the re-opening of Korea and Japan. We think it's an amazing opportunity not just for our airline, but for Alaska itself and the world's connection to it!



**Rob McKinney**  CEO

Rob McKinney is the CEO of Northern Pacific Airways and Ravn Alaska, where he leads a team of over 400 employees. Rob has over 30 years of airline experience and has started or managed 8 airlines in his career.



**Thomas Hsieh**  President

Tom Hsieh is President of Northern Pacific Airways. Tom began his career in technology with EarthLink in the 1990s, where he managed engineering and IT functions for over a decade from it's startup dates through it's IPO.

SHOW MORE

## Welcome to the Northern Pacific

We bought Ravn, the regional airline of Alaska (since 1948), out of bankruptcy in 2020.



Our revenues were $55M in 2021, and are on pace for $90M in 2022.

But for 2023, we have much bigger plans.

This year, we renamed the airline Northern Pacific Airways, and are launching transpacific flights (with a stopover in Alaska, per the Icelandair and Copa Airlines model) between the lower 48 and Japan and Korea this November! See

our new site at np.com for details.



Our timing could not be better.

Not just because of the opening up of Japan and Korea and backlog of "revenge travel", but also the lower cost to acquire aircraft, plus some matters out of our control... as discussed in this video (with 4M views):



We just received authority from the U.S. Department of Transportation to operate 8 large jets. We have already acquired four 757-200s and are in the process of getting them re-certified for flight operations.

And so, we are taking this opportunity to let our friends, family, customers, and all Alaskans to participate in the next step in the evolution of Alaskan aviation!

**The Deck:**



10/17/2022                                                                                                                                   3



## Northern Pacific Airlines, Inc. Investor Presentation Deck
## Securities Law Disclaimer Rider

Statements in this presentation that are not historical may express or imply projections of revenues or expenditures, statements of plans and objectives or future operations or statements of future economic performance. All forward-looking statements and information are provided pursuant to the safe harbor established under the Private Securities Litigation Reform Act of 1995 and should be evaluated in the context of these factors. Forward-looking statements generally may be identified by the use of forward-looking terminology, such as "trends", "assumptions", "target", "guidance", "outlook", "opportunity", "future", "plans", "projected", "goals", "objectives", "expects", "expected", "anticipates", "may", "will", "would", "could", "intend", "believe", "potential", "projected", "estimate", or words of similar import. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results or performance of Northern Pacific Airlines Inc. ("Company") to be materially different from those expressed or implied by such forward-looking statements. Given these uncertainties, undue reliance should not be placed on such forward-looking statements. These forward-looking statements are based on management's experience and perception of trends, current conditions, and anticipated future developments, as well as other factors believed to be appropriate. The Company disclaims any obligation to update any of the forward-looking statements contained herein to reflect future trends, events, or developments.

The information contained in this document is being provided for informational purposes only. This document summarizes certain principal terms of the proposed business of the Company and its prospective operations described herein. This document is not an offer to sell or a solicitation of an offer to purchase securities in the Company. An offer or sale of securities of the Company can only take place upon the completion by the investor, to the satisfaction of such investor, of a full and complete review of all material aspects of the Company's business strategy, management and attendant risks, and the execution of definitive subscription documentation.

Investments in equity securities involve a high degree of risk and are suitable only for investors who can bear the risk of loss of their entire investment. This document is not intended to provide and should not be relied upon for accounting, legal, or tax advice or investment recommendations. Readers should consult their own tax, legal, accounting, or other advisors prior to making any decision regarding an investment in the Company.

The information contained in this document is strictly confidential and is only for the intended use of the person to whom it has been delivered. The information contained herein may not be reproduced, distributed, or published by any recipient for any purpose without the express written consent of the Company. This document is not intended for distribution to, or use by, any person or entity in any jurisdiction where such distribution or use would be contrary to applicable law or regulation.

The Company does not make any representations or warranties, express or implied, as to the accuracy or completeness of the information contained herein, and nothing contained herein shall be relied upon as a promise or representation whether as to past or future performance.

DMS: 234719476.2



"As the world emerges from the pandemic, startup low-cost airline Northern Pacific Airways intends to become the first discount trans-Pacific operator"

TRAVEL + LEISURE

## The Opportunity:
## Strategically Positioned

- Anchorage is strategically located as the general **midpoint** between the lower 48 and Asia.
- One stop itineraries **save fuel** (direct flights require exponentially more fuel... to carry the extra fuel).
- Tickets can be ~**25% cheaper** than current flights, yet break even at only 60% full (vs 80% industry average).
- Hub-and-spoke efficiencies enable serving even **smaller cities** profitably.
- Passengers traveling to the US **clear customs in Anchorage**; their final leg is an easy domestic arrival.
- Encourage travelers to **stopover in Alaska**, boosting the local economy in a sustainable way.



## The Opportunity:
## Northern Pacific + Ravn



INVEST
min $100

INVEST

♡ WATCH FOR UPDATES

INVESTMENT TERMS

$150M valuation cap    Future Equity



INVEST
min $100

INVEST

- NP management team Already operating Ravn Alaska, currently the only FAA 121 passenger airline **based in Anchorage, Alaska**.
- **Established airline infrastructure** and existing flight hub.
- **Expertise** in the Alaska aviation industry.
- A track record of execution and **capital efficiency** in operating airlines.
- Revenue and cost **synergy** with Ravn Alaska.



♡ WATCH FOR UPDATES

INVESTMENT TERMS

$150M valuation cap   Future Equity

## The Opportunity: Timing is Right

- Pandemic-induced **decreased operating costs** of airplanes and airlines.
- Pandemic-induced **increased availability** of airport landing slots.
- Positioned to capture the re-opening of Asia and North America markets from the pandemic, and corresponding **pent-up leisure travel demand**.
- **Increased fuel prices** heighten NP's cost advantage from lower fuel usage.



## Model Proven by Icelandair and Copa Airlines




## Total Addressable Market





## NP Operates Ravn Alaska
### An Alaska Intrastate Airline

**We are Alaska's largest regional airline:**

- Serving 13 different communities
- Approximately 380 employees
- Accrual/Redemption participation in Alaska Airlines "Mileage Plan" loyalty program
- Operates the entire Concourse A at the Ted Stevens Anchorage International Airport (ANC).
- $90M in revenue (2022 projected).*
- $8.5M EBITDA (2022 projected).*
- Capital efficient: only equity raise was $15M in 2020.



Northern Pacific Airways

Forward looking projections cannot be guaranteed.

## A Power Couple:
## Northern Pacific + Ravn Alaska



Northern Pacific Airways

## NP's TransPacific Launch Fleet







First 757 Livery Reveal



Bloomberg · Forbes · TRAVEL+LEISURE

## Preparing a 757
## From Acquisition to Flight

1. Acquire used 757
2. Prepare modification work packages
3. Update and modernize Flight Deck/Flight instrumentation
4. Install state of the art InFlight Entertainment System (IFE)
5. Get into MRO for C-Checks
6. Update cabin interior
7. Paint new livery
8. Weigh aircraft for Empty Weight
9. Undergo conformity inspection
10. Perform proving flights



## FAA and DOT Regulatory Steps Required for NP Launch



- APRIL: FAA Manual Submission; US DOT Economic Authority
- MAY/JUNE: FAA Table Top Exercises
- JULY: CBP Customs Bond and Badging; Agriculture Waste Disposal Plan
- AUGUST: FAA + US DOT Open Skies/International Authority
- SEPTEMBER: FAA Proving Runs; TSA Issuance of International AOSSP

## Making a Home at ANC's North Terminal



- NP has engaged MCG Explore Design (MCG), based in Anchorage, as the lead architect for the design of the ANC's North Terminal.
- MCG has been the lead architect for several projects at ANC.



- NP has engaged Cornerstone General Contractors (Cornerstone) as the general contractor.
- Cornerstone has also been the general contractor for other projects at ANC.



NP at ANC's North Terminal

## Reputable Partners & Service Providers



Boeing – Enhanced Aircraft Support; Sabre – Reservation System; Rolls-Royce – Engine Maintenance Provider; Pepsi – Beverage Provider; Delta TechOps Services Group – Outsourced Maintenance; Icelandair – Wet-Lease Operator; Intelsat – Satellite Connectivity; Armanino – Accounting Audit Firm; Willis Towers Watson; Barnes & Thornburg LLP; Vinson & Elkins; Hogan Lovells





Forward looking projections cannot be guaranteed.

## 50 aircraft by 2026



**Projected 8 Aircraft in 2022**

At steady-state, the routes serviced by the initial launch fleet would generate approximately **$200M in revenue** and **$18M in profit** annually.*

**Projected 50 Aircraft by 2026**

At steady-state, a fleet of 50 aircraft would generate approximately **$1.3B in revenue** and over **$120M in profit** annually.*

## Fleet Plan for 50 Aircraft



OCT 22: 5
JUL 23: 11
JUL 24: 25
JUL 25: 41
JUL 26: 50

Owned ■ UA Aircraft  Dry Lease ■  Wet Lease

## 50 Aircraft P&L Forecast

10/17/2022     9



Forward looking projections cannot be guaranteed.

## Valuation of Airlines



## Increase to Alaska Tourism

- Icelandair increased tourism in Iceland by **5-10x**
- At launch, NP will bring over **1,000 passengers/day** from Asia or the lower 48 states of the U.S. through ANC year-round.*
- Projecting up to **8,000 passengers/day** by 2026.*
- Asia to Alaska **travel time cut in half** (7hrs vs 15hrs).
- NP also plans to promote a **"Meet in the Middle"** campaign to encourage business people to hold their business meetings in Alaska. For example, rather than parties flying 14 hours from Tokyo to New York or vice versa, both parties should just fly 7 hours and "meet in the middle" in Alaska.

## NP Vacations

NP plans to encourage travelers to stop over in Alaska, and NP aims to promote and **sell vacation packages** as passengers book their flights.



INVEST
min $100

**INVEST**

♡ WATCH FOR UPDATES

INVESTMENT TERMS

$150M valuation cap   Future Equity

10/17/2022                                                                                                 10

## An Innovative and Compelling New Rewards Program

- FlyCoin is the first **crypto travel rewards program**, building a world-wide ecosystem of airlines, resorts, entertainment, sports, food & beverage, and other travel & tourism related industries into a global alliance utilizing a common rewards cryptocurrency (FLY).
- $7.2M FLY has already been distributed to approximately **300,000 Ravn Alaska** customers.
- NP will **earn and hold FLY** on its consolidated balance sheet.





INVEST
min $100

**INVEST**

♡ WATCH FOR UPDATES

INVESTMENT TERMS

$150M valuation cap    Future Equity

## Experienced Management Team
### A Track-Record of Execution

    

**Rob McKinney** — CEO
Expertise in managing flight operations and piloting commercial aircraft

**Tom Hsieh** — President
Expertise in startups, innovation, leadership, and communications technology

**Lenny Moon** — CFO
Expertise in M&A, capital markets, debt structuring and financial turnarounds

**Tina Hanley** — Managing Dir. Commercial
Expertise in hospitality management, sales, and commercial aviation

**Josh Jones** — Chairperson
Expertise as a visionary entrepreneur, investor, and leader in blockchain tech

## Boeing Expertise & International Aviation Team

    

**David Temple** — VP Flight Operations - Boeing
40 years of experience in commercial aviation

**Steven Pruitt** — VP Maintenance, Boeing
30 years of experience in aircraft maintenance

**Joel Rhodes** — VP of Quality, Boeing
33 years of experience working with Boeing

**Tom Hallam** — Boeing 757 Fleet Manager, RAVN
50 years of experience in aviation

**Steve Knackstedt** — VP Global Partnerships, NPA
44 years of experience in international aviation



THE OPPORTUNITY









| | | |
|---|---|---|
| Wefunder is a Public Benefit Corporation. We're here to fix capitalism. | Our Story | Investor FAQ | App Store |
| | Jobs | Founder FAQ | Google Play |
| 2012-2022 IMPACT REPORT | Blog | Guides | |
| | Press | Support | |
| | Get/Give $2,500 | | |

Wefunder means Wefunder Inc and its wholly owned subsidiaries: Wefunder Advisors LLC and Wefunder Portal LLC. This page is hosted by Wefunder Portal LLC.

Northern Pacific Airways is testing the waters to evaluate investor interest. No money or other consideration is being solicited; if sent, it will not be accepted. No offer to buy securities will be accepted. No part of the purchase price will be received until a Form C is filed and, then, only through Wefunder. Any indication of interest has no obligation or commitment of any kind.

IMPORTANT DISCLOSURES   TERMS   PRIVACY

https://wefunder.com/northernpacificairways/                October 17, 2022