# EXHIBIT 13

# BNSF Railway

BNSF Railway is one of North America's leading freight transportation companies, with a rail network of 32,500 route miles in 28 states and three Canadian provinces. BNSF is one of the top transporters of the products and materials that help feed, clothe, supply and power communities throughout America and the world. BNSF moves those goods more safely and efficiently, on significantly less fuel, with fewer emissions than the all-highway alternative.

## Agricultural Products

- In 2021, BNSF hauled 1.2 million carloads of agricultural commodities
- BNSF moves enough grain to supply 900 million people with a year's supply of bread
- BNSF transports enough wheat flour in a year to bake more than 23 billion dozens of cookies

## Consumer Products

- In 2021, 5.4 million intermodal shipments (truck trailers or containers) were transported on BNSF's rail lines instead of on the nation's congested highways
- BNSF moves ~2.5M new cars and trucks per year, or ~5 per minute
- BNSF and our carrier partners move up to 2 million pounds of fresh produce in a single day

## Industrial Products

- In 2021, BNSF hauled 3.2 million carloads of industrial products
- BNSF moves enough steel each year to build 75 Golden Gate Bridges
- In 2021, BNSF hauled 1.5 million coal shipments
- One shipment of coal can power 19 homes for an entire year

### BNSF Facts

| | |
|---|---|
| Length of network: | 32,500 |
| States in network: | 28 |
| Canadian provinces: | 3 |
| Employees: | ~35,000 |
| Headquarters: | Fort Worth, TX |
| Ports served: | 40+ |
| Intermodal facilities: | 26 |
| Average trains per day: | 1,200 |
| Locomotives: | ~7,500 |
| Capital investment (2021): | $2.97 billion |
| Bridges: | 13,000+ |
| Tunnels: | 89 |
| Grade crossings: | 25,000+ |
| Packages shipped during holiday season: | 89 million |
| Carloads shipped in 2021: | 10.1 million |
| Distance BNSF hauls 1 ton of freight on 1 gallon of diesel fuel: | ~500 miles |

### History

BNSF's history dates back more than 170 years to 1849, when the 12-mile Aurora Branch Railroad was founded in Illinois. Over the next several decades, many additional rail lines were built and eventually became part of what is today's BNSF Railway. Some of BNSF's predecessor railroads were Atchison, Topeka & Santa Fe; Burlington Northern; Chicago, Burlington & Quincy; Frisco; Great Northern; Northern Pacific and Spokane, Portland & Seattle.

BNSF was created Sept. 22, 1995, from the merger of Burlington Northern, Inc. (parent company of Burlington Northern Railroad) and Santa Fe Pacific Corporation (parent company of the Atchison, Topeka & Santa Fe Railway). On Feb. 12, 2010, BNSF became a subsidiary of Berkshire Hathaway, Inc.



August 2022